In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-584 CV


____________________



ALLIANCE DEVELOPMENT, INC., Appellant



V.



TERRELL BRALY, Appellee






On Appeal from the 359th District Court


Montgomery County, Texas


Trial Cause No. 06-05-04324-CV






MEMORANDUM OPINION


 The appellant, Alliance Development, Inc, filed a motion to dismiss this appeal. The
motion is voluntarily made by the appellant prior to any decision of this Court and should be
granted. Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. The motion to
dismiss is granted and the appeal is dismissed.

 APPEAL DISMISSED.


 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered December 20, 2007


Before Gaultney, Kreger and Horton, JJ.